# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11-CR-0100 PJS/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| NIEEM KALIF JONES, | |
| Defendant. | |

Laura M. Provinzino, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Andrea K. George, Esq., Assistant Federal Defender, for the defendant, Nieem Kalif Jones.

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated May 9, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Nieem Kalif Jones' Motion to Suppress Statements, Admissions and Answers is **DENIED** [Docket No. 18].

Dated: May 31, 2011

                                                   s/Patrick J. Schiltz
                                                 Patrick J. Schiltz
                                                 United States District Judge